1    CHRISTOPHER CHIOU
     Acting United States Attorney
2    District of Nevada
     Nevada Bar Number 14853
3    CHRISTOPHER BURTON
     Nevada Bar Number 12940
4    SUSAN CUSHMAN
     KIMBERLY SOKOLICH
5    Assistant United States Attorneys
     501 Las Vegas Blvd. South, Suite 1100
6    Las Vegas, Nevada 89101
     (702) 388-6336
7    Christopher.Burton4@usdoj.gov
     Susan.Cushman@usdoj.gov
8    Kimberly.Sokolich@usdoj.gov
     *Attorneys for the United States of America*

9                    **UNITED STATES DISTRICT COURT**
                       **DISTRICT OF NEVADA**
10

11   IN THE MATTER OF AN                 Case No. 2:21-mj-00113-DJA
     APPLICATION FOR A SEARCH
     WARRANT FOR:                        **GOVERNMENT'S MOTION TO**
12                                       **UNSEAL CASE**

13   A UNITED STATES POSTAL
     SERVICE (USPS) PRIORITY MAIL
14   PARCEL, BEARING TRACKING
     NUMBER 9405 5379 0290 1428 6964
     76, ADDRESSED TO ABRAHAM
15   ELLIOTT, 10388 MIDSEASON MIST
     ST, LAS VEGAS, NV 89183

16   IN RE APPLICATION OF THE            Case No. 2:21-mj-00124-DJA
     UNITED STATES OF AMERICA
17   FOR AN ORDER AUTHORIZING            **GOVERNMENT'S MOTION TO**
     THE INSTALLATION AND USE OF         **UNSEAL CASE**
     A PEN REGISTER AND TRAP AND
18   TRACE DEVICE

19   IN THE MATTER OF THE                Case No. 2:21-mj-00182-DJA
     CONTINUED TRACKING
20   OF:                                 **GOVERNMENT'S MOTION TO**
                                         **UNSEAL CASE**
21   A SILVER COLORED 2017
     CHEVROLET SILVERADO
22   BEARING NEVADA LICENSE
     PLATE NUMBER VMD601

23

| | |
|---|---|
| IN THE MATTER OF THE CONTINUED TRACKING OF:<br><br>A SILVER COLORED 2017 CHEVROLET SILVERADO BEARING NEVADA LICENSE PLATE NUMBER VMD601 | Case No. 2:21-mj-00398-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF<br>USPS PRIORITY MAIL ENVELOPES TO BE OBTAINED ON JUNE 17, 2021 MEETING CRITERIA SPECIFIED BELOW | Case No. 2:21-mj-00512-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF<br>USPS PRIORITY MAIL ENVELOPES TO BE OBTAINED ON JUNE 18, 2021 MEETING CRITERIA SPECIFIED BELOW | Case No. 2:21-mj-00513-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 304 E. SILVERADO RANCH BOULEVARD, UNIT 1110, LAS VEGAS, NEVADA 89183 | Case No. 2:21-mj-00515-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 6145 HARRISON DRIVE, SUITE 4, LAS VEGAS, NEVADA 89120 | Case No. 2:21-mj-00516-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 487 E PETAL DEW AVENUE, LAS VEGAS, NEVADA 89183 | Case No. 2:21-mj-00514-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 10388 MIDSEASON MIST STREET, LAS VEGAS, NEVADA 89183 | Case No. 2:21-mj-00517-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 305 ST. AUGUSTINE LANE, HENDERSON, NEVADA 89014 | Case No. 2:21-mj-00518-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A SILVER-COLORED 2017 CHEVROLET SILVERADO (VIN: 3GCUKREC0HG108984) BEARING NEVADA LICENSE PLATE VMD601 | Case No. 2:21-mj-00519-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A BLUE-COLORED 2007 BMW 328i (VIN: WBAVA33527KX79327) BEARING NEVADA LICENSE PLATE 12345TH | Case No. 2:21-mj-00520-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A SILVER-COLORED 2019 NISSAN ROGUE (VIN: 5N1AT2MT9KC797793) BEARING NEVADA LICENSE PLATE US263P | Case No. 2:21-mj-00521-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A GRAY-COLORED 2016 CADILLAC CTS (VIN: 1G6AR5SS3G0195627) BEARING NEVADA LICENSE PLATE AL7456 | Case No. 2:21-mj-00522-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A BLACK-COLORED 2015 CHEVROLET SONIC (VIN: 1G1JC6SG4F4213150) | Case No. 2:21-mj-00523-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America, by and through CHRISTOPHER CHIOU, Acting United States Attorney, and Christopher Burton, Susan Cushman, and Kimberly Sokolich, Assistant United States Attorneys, respectfully move this Honorable Court for an Order to UNSEAL the above-captioned cases. Specifically, the undersigned requests to unseal these items and all related documents in anticipation of producing the same as discovery in Case No. 2:21-cr-00190-APG-EJY.

**DATED** this 1st day of December, 2021.

Respectfully,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Kimberly Sokolich*

_____

KIMBERLY SOKOLICH
CHRISTOPHER BURTON
Assistant United States Attorneys

4

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3  CHRISTOPHER BURTON
   Nevada Bar Number 12940
4  SUSAN CUSHMAN
   KIMBERLY SOKOLICH
5  Assistant United States Attorneys
   501 Las Vegas Blvd. South, Suite 1100
6  Las Vegas, Nevada 89101
   (702) 388-6336
7  Christopher.burton4@usdoj.gov
   Susan.Cushman@usdoj.gov
8  Kimberly.Sokolich@usdoj.gov
   *Attorneys for the United States of America*

9                      **UNITED STATES DISTRICT COURT**
10                          **DISTRICT OF NEVADA**

11  | IN THE MATTER OF AN | Case No. 2:21-mj-00113-DJA |
    APPLICATION FOR A SEARCH
    WARRANT FOR:                **ORDER TO UNSEAL CASE**
12
13  A UNITED STATES POSTAL
    SERVICE (USPS) PRIORITY MAIL
14  PARCEL, BEARING TRACKING
    NUMBER 9405 5379 0290 1428 6964
    76, ADDRESSED TO ABRAHAM
15  ELLIOTT, 10388 MIDSEASON MIST
    ST, LAS VEGAS, NV 89183
16  IN RE APPLICATION OF THE     Case No. 2:21-mj-00124-DJA
    UNITED STATES OF AMERICA
17  FOR AN ORDER AUTHORIZING     **ORDER TO UNSEAL CASE**
    THE INSTALLATION AND USE OF
18  A PEN REGISTER AND TRAP AND
    TRACE DEVICE
19  IN THE MATTER OF THE         Case No. 2:21-mj-00182-DJA
    CONTINUED TRACKING
20  OF:                          **ORDER TO UNSEAL CASE**
21  A SILVER COLORED 2017
    CHEVROLET SILVERADO
22  BEARING NEVADA LICENSE
    PLATE NUMBER VMD601
23

                                    5

| | |
|---|---|
| IN THE MATTER OF THE CONTINUED TRACKING OF:<br><br>A SILVER COLORED 2017 CHEVROLET SILVERADO BEARING NEVADA LICENSE PLATE NUMBER VMD601 | Case No. 2:21-mj-00398-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF<br>USPS PRIORITY MAIL ENVELOPES TO BE OBTAINED ON JUNE 17, 2021 MEETING CRITERIA SPECIFIED BELOW | Case No. 2:21-mj-00512-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF<br>USPS PRIORITY MAIL ENVELOPES TO BE OBTAINED ON JUNE 18, 2021 MEETING CRITERIA SPECIFIED BELOW | Case No. 2:21-mj-00513-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 304 E. SILVERADO RANCH BOULEVARD, UNIT 1110, LAS VEGAS, NEVADA 89183 | Case No. 2:21-mj-00515-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 6145 HARRISON DRIVE, SUITE 4, LAS VEGAS, NEVADA 89120 | Case No. 2:21-mj-00516-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 487 E PETAL DEW AVENUE, LAS VEGAS, NEVADA 89183 | Case No. 2:21-mj-00514-DJA<br><br>**ORDER TO UNSEAL CASE** |

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: | Case No. 2:21-mj-00517-DJA |
| | **ORDER TO UNSEAL CASE** |
| THE PREMISES KNOWN AND DESCRIBED AS 10388 MIDSEASON MIST STREET, LAS VEGAS, NEVADA 89183 | |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: | Case No. 2:21-mj-00518-DJA |
| | **ORDER TO UNSEAL CASE** |
| THE PREMISES KNOWN AND DESCRIBED AS 305 ST. AUGUSTINE LANE, HENDERSON, NEVADA 89014 | |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: | Case No. 2:21-mj-00519-DJA |
| | **ORDER TO UNSEAL CASE** |
| THE VEHICLE KNOWN AND DESCRIBED AS A SILVER-COLORED 2017 CHEVROLET SILVERADO (VIN: 3GCUKREC0HG108984) BEARING NEVADA LICENSE PLATE VMD601 | |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: | Case No. 2:21-mj-00520-DJA |
| | **ORDER TO UNSEAL CASE** |
| THE VEHICLE KNOWN AND DESCRIBED AS A BLUE-COLORED 2007 BMW 328i (VIN: WBAVA33527KX79327) BEARING NEVADA LICENSE PLATE 12345TH | |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: | Case No. 2:21-mj-00521-DJA |
| | **ORDER TO UNSEAL CASE** |
| THE VEHICLE KNOWN AND DESCRIBED AS A SILVER-COLORED 2019 NISSAN ROGUE (VIN: 5N1AT2MT9KC797793) BEARING NEVADA LICENSE PLATE US263P | |

7

| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A GRAY-COLORED 2016 CADILLAC CTS (VIN: 1G6AR5SS3G0195627) BEARING NEVADA LICENSE PLATE AL7456 | Case No. 2:21-mj-00522-DJA<br><br>**ORDER TO UNSEAL CASE** |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A BLACK-COLORED 2015 CHEVROLET SONIC (VIN: 1G1JC6SG4F4213150) | Case No. 2:21-mj-00523-DJA<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 3rd day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

8